FILED
CLERK U.S. DISTRICT COURT

JAN 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCOTT ROBERTS, | Case No. CV 07-4032 MMM(JC) |
| Petitioner, | ~~(PROPOSED)~~ |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LOS ANGELES COUNTY SUPERIOR COURT, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Emergency Petition for Writ of Habeas Corpus; Petition for Stay of Judgement Pending Review" (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein by United States mail on Petitioner and on any counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 11, 2008

*Margaret M. Morrow*
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE