JS-6

**FILED**
**CLERK U.S. DISTRICT COURT**

JAN 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCOTT ROBERTS,<br><br>Petitioner,<br><br>v.<br><br>LOS ANGELES COUNTY SUPERIOR COURT, et al.,<br><br>Respondents. | Case No. CV 07-4032 MMM(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the "Emergency Petition for Writ of Habeas Corpus; Petition for Stay of Judgement Pending Review" is denied and this action is dismissed without prejudice.

DATED: January 11, 2008

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE